UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                Chapter 13

Ron Vigdor                                            Case No. 20-12751-MAM

          Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §1109(b) and Fed.R.Bankr.P. 2002 and 9010(b), creditor IBERIABANK, hereby appears and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

**Harris J. Koroglu, Esq.**
**Shutts & Bowen LLP**
**200 South Biscayne Boulevard**
**Suite 4100**
**Miami FL  33131**
**Telephone: 305-358-6300**
**Facsimile: 305-347-7888**
**Email:  hkoroglu@shutts.com**

This request encompasses all notices, copies and pleadings referred to in Rule 2002 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise that affect or seek to affect the above-captioned case.

MIADOCS 19736911 1 15755.0041

Case No. 20-12751-MAM

Dated: March 6, 2020

Respectfully submitted,

**SHUTTS & BOWEN LLP**
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131
Phone: 305-358-6300
Facsimile: 305-347-7888
Email: hkoroglu@shutts.com
*Attorneys for IBERIABANK*

/s/ *Harris J. Koroglu*
Harris J. Koroglu, Esq.
Florida Bar No. 32597

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below via ECF or first class U.S. Mail on March 6, 2020.

/s/ *Harris J. Koroglu*
Harris J. Koroglu
Florida Bar No. 32597

Case No. 20-12751-MAM

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

Office of the US Trustee - USTPRegion21.MM.ECF@usdoj.gov

Christian J. Olson, Esq. on behalf of Debtor Ron Vigdor - ecf@nowackolson.com, mjnmyecfmail@gmail.com; olsoncr53443@notify.bestcase.com

Robin R Weiner - ecf@ch13weiner.com;ecf2@ch13weiner..com