UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Ron  Vigdor.                                                    Case No.:20-12751-MAM

Chapter 13


                        Debtor(s).

_____ /

### DEBTOR(S) EX-PARTE MOTION TO EXTEND TIME TO FILE REQUIRED PAPERS

COME(S) NOW the Debtor(s), Ron  Vigdor , by and through the undersigned attorney, and moves this Court for a Fourteen (14) Day Extension of Time to File Required Papers and in support thereof states as follows:

1.      The debtor(s) filed a "skeleton" Chapter 13 bankruptcy case on  2/28/2020.  The 341 Meeting of Creditors has not yet been set.

2.      The deadline to file the Summary of Schedules, Schedules, Statement of Financial Affairs, Declaration Concerning Debtor's Schedules, Statement of Current Monthly Income, Payment Advices and Chapter 13 Plan is 3/13/2020.

3.      The Debtor(s) has been unable to provide counsel with all of the documentation necessary to properly complete the balance of the schedules.  The Debtor(s) is/are therefore requesting a Fourteen (14) day extension of time through 3/27/2020.

WHEREFORE, the Debtor(s) request(s) the Court to enter an Order Extending the Time to File Required Papers.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served in the manner described below, on  March 13, 2020 , upon:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

Via CM/ECF:
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R. Weiner, Trustee
ecf@ch13weiner.com; ecf2@ch13weiner.com

Via US Mail:
All other parties of record

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd, Suite 208
Plantation, FL 33322
**(954) 349-2265**

/s/ Mitchell J. Nowack
**MITCHELL J. NOWACK, ESQ.**
Florida Bar Number: 099661

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436