

**ORDERED in the Southern District of Florida on March 13, 2020.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
Ron Vigdor.                                        Case No.:20-12751-MAM
                                                   Chapter 13

       Debtor(s).
_____/

### ORDER GRANTING DEBTOR(S) EX-PARTE
### MOTION TO EXTEND TIME TO FILE REQUIRED PAPERS [DE:8 ]

THIS MATTER CAME before the Court upon the Debtor(s) Ex-Parte Motion for Extension of Time to File Required Papers [DE # 8 ]. The Debtor(s) request a 14-day extension of time to file the Summary of Schedules, Schedules, Statement of Financial Affairs, Declaration Concerning Debtor's Schedules, Statement of Current Monthly Income, Payment Advices and Chapter 13 Plan. The Court, having reviewed the Motion and with good cause having been shown, it is **ORDERED** as follows:

    1.    The Debtor(s) Motion is GRANTED.

    2.    The deadline to file the Summary of Schedules, Schedules, Statement of Financial

Affairs, Declaration Concerning Debtor's Schedules, Statement of Current Monthly Income, Payment Advices and Chapter 13 Plan is 3/27/2020.

3. The Clerk of Court may dismiss this case without further notice if the plan, schedules and all other required papers are not filed within the above time frame.

4. No further extensions will be granted absent extraordinary circumstances.

### 

Submitted by:
Mitchell J. Nowack, Esq.
Christian J. Olson, Esq.
NOWACK & OLSON, PLLC
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265


Copies furnished to:
NOWACK & OLSON, PLLC is directed to serve a conformed copy of this Order to all creditors and interested parties immediately upon receipt thereof.