UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:

Ron Vigdor

Case No.: 20-12751-MAM
Chapter 13

Debtor(s).
_____/

## NOTICE TO DEBTOR OF DUE DATE FOR FIRST
## AND SUBSEQUENT PAYMENTS UNDER CHAPTER 13 PLAN

**COMES NOW**, Nowack & Olson, PLLC, Attorneys for the Debtor(s), and gives this additional Notice to the Debtor of the Due Date for the first and subsequent payments under the Chapter 13 Plan as follows:

**AMOUNT OF MONTHLY PAYMENTS:**
**$128.00** per month for a Period of **60 MONTHS.**

**1st PAYMENT DUE DATE:**
The 1st payment in the amount of **$128.00** is due to the Chapter 13 Trustee, **ROBIN WEINER** at:

>  **Robin Weiner, Trustee**
>  **POB 2258**
>  **Memphis, TN 38101**

on **3/28/2020** which is 30 days after the filing of this case.

## YOU MUST BE CURRENT (payments made on time), AND YOU MUST REMAIN CURRENT ON ALL PAYMENTS TO THE TRUSTEE UNDER YOUR PLAN OR YOUR CASE WILL BE DISMISSED.

> **IMPORTANT WARNING:  REGARDING AMENDED CHAPTER 13 PLAN**
> IF THIS NOTICE IS BEING PROVIDED TO YOU AS A RESULT OF AN **AMENDED PLAN**, ALL PAYMENTS THAT ARE REQUIRED UNDER THE **NEW AMENDED PLAN** (YOU MUST CATCH UP ON THE PAYMENTS UNDER THE AMENDED PLAN) **MUST BE CURRENT BEFORE THE 341 HEARING DATE**, OR YOUR CASE WILL BE DISMISSED BY THE BANKRUPTCY COURT. CONTACT OUR OFFICE IMMEDIATELY UPON RECEIPT OF THIS NOTICE IF YOU HAVE ANY QUESTIONS.

**SUCH PAYMENTS MUST BE MADE BY CASHIERS CHECK OR MONEY ORDER.  DO NOT SEND A PERSONAL CHECK.  YOU MUST INCLUDE YOUR CASE NUMBER ON YOUR PAYMENT**.  Subsequent payments in the same amount (**unless your Plan is amended**) will be due on the same day (unless changed by your Chapter 13 Trustee) for each subsequent month WITHOUT FURTHER NOTICE FROM THE COURT, CHAPTER 13 TRUSTEE, OR COUNSEL.

### CERTIFICATE  OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by U.S. Mail or via CM/ECF to Robin Weiner, Trustee at POB 559006, Fort Lauderdale, FL 33355, Office of the U.S. Trustee, at 51 SW 1st Ave., Miami, FL 33130, and  Ron  Vigdor, Debtor(s), at 3900 NE 6th Drive Boca Raton, FL 33431, ,
on March 26, 2020  .

> *Law Offices of*
> **NOWACK & OLSON, PLLC**
> Attorney for Debtor(s)
> 8551 Sunrise Blvd, Suite 208
> Plantation, FL 33322
> **(954) 349-2265**
>
> /s/ Mitchell J. Nowack
> **MITCHELL J. NOWACK, ESQ.**
> Florida Bar Number: 099661
>
> /s/ Christian J. Olson
> **CHRISTIAN J. OLSON, ESQ.**
> Florida Bar Number: 121436