```
                          United States Bankruptcy Court
                           Southern District of Florida

In re:                                                      Case No. 20-12751-MAM
Ron Vigdor                                                  Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 113C-9          User: adaml                 Page 1 of 2         Date Rcvd: Mar 25, 2020
                              Form ID: pdf008             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db             +Ron Vigdor,    3900 NE 6th Drive,    Boca Raton, FL 33431-6118
cr             +IBERIABANK,    c/o Harris J. Koroglu,    200 S Biscayne Blvd,    Suite 4100,
                 Miami, FL 33131-2362
95596817       +Cap1/basspro,    Po Box 30281,    Salt Lake City, UT 84130-0281
95596820       +Citi,   Po Box 6217,    Sioux Falls, SD 57117-6217
95596821       +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
95596822       +Cornerstone,    Pob Box 145122,    Salt Lake City, UT 84114-5122
95613485      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
95633333       Daimler Trust,    c/o Bk Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
95596825       +Iberia Bank,    c/o Todd M. Feldman, Esq.,    Shutts & Bowen LLP,    200 S Biscayne Blvd #4100,
                 Miami, FL 33131-2362
95596829       +Sabadell Ubk,    Pob 12440,    New Iberia, LA 70562-2440
95596830      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    4 Gatehall Dr,    Parsippany, NJ 07054)
95628228        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: OGCBankruptcy@floridarevenue.com Mar 26 2020 01:00:18
                 Florida Department of Revenue,    POB 6668,    Bankruptcy Division,
                 Tallahassee, FL  32314-6668
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 26 2020 01:06:52
                 BMW Financial Services NA, LLC, c/o AIS Portfolio,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
95596816        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 26 2020 01:07:12      Bmw Financial Services,
                 Po Box 3608,    Dublin, OH 43016
95596818       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 01:07:32      Cap1/neimn,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
95596819       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 01:06:51
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
95596823       +E-mail/Text: bbagley@enerbankusa.com Mar 26 2020 01:02:54      Enerbank Usa,    1245 E Brickyard,
                 Salt Lake City, UT 84106-2559
95596824       +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 26 2020 01:03:28      Esb/harley Davidson Cr,
                 3850 Arrowhead Drive,    Carson City, NV 89706-2016
95596826        E-mail/Text: ecfmailbox@iberiabank.com Mar 26 2020 01:03:19      Iberia Bank Direct,    Pob 12440,
                 New Iberia, LA 70562
95636931       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 26 2020 01:02:50      IRS,    PO Box 7346,
                 Philadelphia PA 19101-7346
95596827        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 26 2020 01:06:48      Jpmcb Card,
                 Po Box 15369,    Wilmington, DE 19850
95596828       +E-mail/Text: M74banko@daimler.com Mar 26 2020 01:03:34      Mercedes Benz Financia,
                 P.o. Box 961,    Roanoke, TX 76262-0961
95596831       +E-mail/PDF: DellBKNotifications@resurgent.com Mar 26 2020 01:21:16      Webbank/dfs,
                 Po Box 81607,    Austin, TX 78708-1607
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                  Signature:  /s/Joseph Speetjens

```
District/off: 113C-9          User: adaml              Page 2 of 2            Date Rcvd: Mar 25, 2020
                              Form ID: pdf008          Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              Christian J. Olson, Esq.    on behalf of Debtor Ron  Vigdor ecf@nowackolson.com,
               mjnmyecfmail@gmail.com;olsoncr53443@notify.bestcase.com
              Harris J. Koroglu    on behalf of Creditor    IBERIABANK hkoroglu@shutts.com,
               fsantelices@shutts.com;bvelapoldi@shutts.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                    TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

- ☒ _____ Original Plan
- ☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
- ☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: RON VIGDOR         JOINT DEBTOR: _____         CASE NO.: 20-12751-MAM
SS#: xxx-xx- 4069          SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $128.00 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE   ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $4500.00 | Total Paid: | $1000.00 | Balance Due: | $3500.00 |
| Payable | $116.36 | /month (Months 1 to 30 ) | | | |
| Payable | $9.20 | /month (Months 31 to 31 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☒ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

**B. VALUATION OF COLLATERAL:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Iberia Bank Direct | 5762 | 3900 NE 6th Drive Boca Raton, FL 33431 |

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

   B. **INTERNAL REVENUE SERVICE:** ■ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

   D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay   $107.16   /month (Months  31  to  31  )

      Pay   $116.36   /month (Months  32  to  60  )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:** ■ NONE

   *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

   ☐ NONE

   ■ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|---|
| 1. | Bmw Financial Services | 2018 BMW 740i | 3245 | ■ Assume ☐ Reject |
| 2. | Toyota Motor Credit | 2017 Lexus IS200T | H139 | ■ Assume ☐ Reject |

VII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ■ NONE

Debtor(s): RON VIGDOR    Case number: 20-12751-MAM

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| RON VIGDOR | | | |

/s/Christian J Olson, Esq.    3-24-2020
Attorney with permission to sign on Debtor(s)' behalf    Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**