Certificate Number: 02998-FLS-DE-034376650

Bankruptcy Case Number: 20-12751



02998-FLS-DE-034376650

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 23, 2020</u>, at <u>4:45</u> o'clock <u>PM EDT</u>, <u>Ron Vigdor</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date: <u>April 23, 2020</u>

By: <u>/s/Maria Gomez</u>

Name: <u>Maria Gomez</u>

Title: <u>Counselor</u>