**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

RON VIDOR                                                          CASE NO. 20-12751-MAM
                                                                              CHAPTER 13

                Debtor.

_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Financial Services Vehicle Trust ("Movant") seeks, pursuant to 11 U.S.C. §362(d), relief from the automatic stay and states:

1.      On November 9, 2019, Debtor executed a Lease Transfer Agreement that transferred the Lease Agreement dated December 19, 2017 with regard to the following personal property: 2018 BMW 7 Series Sedan 4D 740I; VIN: WBA7E2C56JG741973 ("Vehicle").

2.      As indicated on the Title, Movant is the lienholder on the title to the Vehicle.  True and correct copies of the Lease, Lease Transfer Agreement and Title are attached hereto as Composite Exhibit "A."

3.      The Vehicle is not included as exempt on Schedule C.

4.      The Lease matured on December 19, 2019. As of May 8, 2020, the total indebtedness was $47,991.46.  A copy of the Affidavit in Support of Motion for Relief is attached hereto as Composite Exhibit "A."

5.      According to the N.A.D.A., the value of the Vehicle is $40,950.00.  A copy of the N.A.D.A. record is attached hereto as Composite Exhibit "A."

6.      According to the Chapter 13 Plan (Doc. No. 10), Debtor intends to assume the Lease; however, the Lease has matured and the Debtor did not exercise the purchase option at maturity.

7.      Accordingly, the Vehicle is not necessary for an effective reorganization.

8.      Furthermore, Movant is not receiving payments to protect against the erosion of its interest in the Vehicle.

9.      If Movant is not permitted to enforce the Lease, it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests the Court enter an order:

a.      terminating the automatic stay;

b.      permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Vehicle described herein; and

c.      granting such other relief that the Court may deem just and proper.

> */s/ Gavin N. Stewart*
> Gavin N. Stewart, Esquire
> Florida Bar Number 52899
> P.O. Box 5703
> Clearwater, FL 33758
> P: (727) 565-2653
> F: (727) 213-9022
> E:bk@stewartlegalgroup.com
> Counsel for Movant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 12th day of June 2020.

> */s/ Gavin N. Stewart*
> Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Ron Vigdor
3900 NE 6th Drive
Boca Raton, FL 33431

**VIA CM/ECF NOTICE**
Christian J. Olson, Esq.
8551 Sunrise Blvd.

Suite 208
Plantation, FL 33322

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130