**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

RON VIDOR  CASE NO. 20-12751-MAM
 CHAPTER 13

        Debtor.
_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Notice of Hearing (Doc. No. 26) was served by CM/ECF notice and first class mail this 12th day of June 2020.

                                    */s/ Gavin N. Stewart*
                                    Gavin N. Stewart, Esquire
                                    Florida Bar Number 52899
                                    P.O. Box 5703
                                    Clearwater, FL 33758
                                    P: (727) 565-2653
                                    F: (727) 213-9022
                                    E:bk@stewartlegalgroup.com
                                    Counsel for Movant

**VIA FIRST CLASS MAIL**
Ron Vigdor
3900 NE 6th Drive
Boca Raton, FL 33431

**VIA CM/ECF NOTICE**
Christian J. Olson, Esq.
8551 Sunrise Blvd.
Suite 208
Plantation, FL 33322

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130