UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:
RON VIGDOR                                          Case No.: 20-12751-MAM
                                                    Chapter 13

        Debtor(s).
_____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐ No further action is necessary.

2) The following actions have been taken:

    ☐ The debtor has filed an objection to the proof of claim filed by _____.

    X The debtor has filed a _First_ amended plan or modified plan to provide for the proof of claim filed by _IRS_.

    ☐ Other: _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on _June 19, 2020_.

                                    *Law Offices of*
                                    **NOWACK & OLSON, PLLC**
                                    Attorney for Debtor(s)
                                    8551 Sunrise Blvd., Suite 208
                                    Plantation, FL 33322
                                    **(954) 349-2265**

                                    /s/ Mitchell J. Nowack
                                    **MITCHELL J. NOWACK, ESQ.**
                                    Florida Bar Number: 099661

                                    /s/ Christian J. Olson
                                    **CHRISTIAN J. OLSON, ESQ.**
                                    Florida Bar Number: 121436