UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
Ron Vigdor                                                 Case No.: 20-12751-MAM
                                                           Chapter 13

          Debtor(s).
_____/

**CERTIFICATE OF SERVICE AND
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I certify that a true copy of **First Amended Chapter 13 Plan [DE #29]** were served on June 23, 2020 as follows:

Via CM/ECF:
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R. Weiner, Trustee
ecf@ch13weiner.com; ecf2@ch13weiner.com

Harris J. Koroglu on behalf of Creditor IBERIABANK
hkoroglu@shutts.com, fsantelices@shutts.com;bvelapoldi@shutts.com

Gavin N Stewart on behalf of Creditor Financial Services Vehicle Trust
bk@stewartlegalgroup.com

Via US Mail:

BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

All parties of record on creditor matrix attached hereto as Exhibit A

*I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.*

*Law Offices of*

**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd, Suite 208
Plantation, FL 33322
**(954) 349-2265**

/s/ Mitchell J. Nowack
**MITCHELL J. NOWACK, ESQ.**
Florida Bar Number: 099661

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436