| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 20-12751-MAM<br>Southern District of Florida<br>West Palm Beach<br>Tue Jun 23 15:25:23 EDT 2020 | BMW Financial Services NA, LLC, c/o AIS Port<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Financial Services Vehicle Trust<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 |
| IBERIABANK<br>c/o Harris J. Koroglu<br>200 S Biscayne Blvd<br>Suite 4100<br>Miami, FL 33131-2362 | BMW Financial Services Attn: Customer Accoun<br>5550 Britton Parkway<br>Hilliard, OH 43026-7456 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| Cap1/basspro<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Cap1/neimn<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Citi<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| Citicards Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Cornerstone<br>Pob Box 145122<br>Salt Lake City, UT 84114-5122 | Daimler Trust<br>c/o Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Enerbank USA<br>1245 East Brickyard Road, Suite 600<br>Salt Lake City, UT 84106-2562 | Enerbank Usa<br>1245 E Brickyard<br>Salt Lake City, UT 84106-2559 |
| Esb/harley Davidson Cr<br>3850 Arrowhead Drive<br>Carson City, NV 89706-2016 | IBERIABANK<br>PO BOX 52747<br>LAFAYETTE, LA 70505-2749 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Iberia Bank<br>c/o Todd M. Feldman, Esq.<br>Shutts & Bowen LLP<br>200 S Biscayne Blvd #4100<br>Miami, FL 33131-2362 | (p)IBERIA BANK<br>PO BOX 52747<br>LAFAYETTE LA 70505-2749 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Mercedes Benz Financia<br>P.o. Box 961<br>Roanoke, TX 76262-0961 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sabadell Ubk<br>Pob 12440<br>New Iberia, LA 70562-2440 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |

| | | |
|---|---|---|
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Webbank/dfs<br>Po Box 81607<br>Austin, TX 78708-1607 |
| Christian J. Olson Esq.<br>8551 Sunrise Blvd.<br>Suite 208<br>Plantation, FL 33322-4007 | Robin R Weiner<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | Ron Vigdor<br>3900 NE 6th Drive<br>Boca Raton, FL 33431-6118 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bmw Financial Services<br>Po Box 3608<br>Dublin, OH 43016 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Iberia Bank Direct<br>Pob 12440<br>New Iberia, LA 70562 |
| Jpmcb Card<br>Po Box 15369<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Toyota Motor Credit<br>4 Gatehall Dr<br>Parsippany, NJ 07054 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36