UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
RON VIGDOR                                          Case No.: 20-12751-MAM
                                                    Chapter 13
         Debtor(s).
_____/

# DEBTOR'S OBJECTION TO CLAIM 12 OF INTERNAL REVENUE SERVICE
# ON SHORTENED NOTICE AND
# CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION
TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

## CLAIM 12: INTERNAL REVENUE SERVICE

Claim is filed as a priority claim for unfiled 2019 tax return. Debtor has since filed his 2019 tax return which shows a refund due.  The claim as filed fails to attach any documentation to demonstrate how the IRS calculated the priority portion of the claim.

**Claim should stricken and disallowed.**

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a copy of the foregoing Objection and Notice of Hearing subsequently generated by the court after the filing of the instant motion was served in the manner described below, on   June 29, 2020  , upon:

<u>Via CM/ECF:</u>

Harris J. Koroglu on behalf of Creditor IBERIABANK

hkoroglu@shutts.com, fsantelices@shutts.com;bvelapoldi@shutts.com

Office of the US Trustee

USTPRegion21.MM.ECF@usdoj.gov

Gavin N Stewart on behalf of Creditor Financial Services Vehicle Trust

bk@stewartlegalgroup.com

Robin R Weiner

ecf@ch13weiner.com, ecf2@ch13weiner.com

<u>Via US Mail</u>:

Internal Revenue Service, Insolvency Support Group, Unit3, STOP 5760, 7850 SW 6th Court, Room 165, Plantation, FL 33324

Internal Revenue Service, 7850 SW 6th Court M/S 5730, Plantation, FL 33324

Attorney General of the United States, William Barr, 950 Pennsylvania Ave. N.W., Room 4400, Washington D.C. 20530-0001

Internal Revenue Service, Centralized Insolvency Operation, POB 7346 Philadelphia, PA 19101-7346

Special Assistant Unites States Attorney, Associate Area Counsel (SBSE) - Ft. Lauderdale, 1000 S. Pine Island Rd., Suite 300, Plantation, FL 33309

Ariana Fajardo Orshan, United States Attorney, Southern District of Florida, 99 NE 4 Street, Miami, FL 33132.

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
**(954) 349-2265**

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436