```
                         United States Bankruptcy Court
                         Southern District of Florida
In re:                                                          Case No. 20-12751-MAM
Ron Vigdor                                                      Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-9          User: admin              Page 1 of 2              Date Rcvd: Jul 03, 2020
                              Form ID: CGFD65          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2020.
db             +Ron Vigdor,    3900 NE 6th Drive,    Boca Raton, FL 33431-6118
cr             +Financial Services Vehicle Trust,    P.O. Box 5703,    Clearwater, FL 33758-5703
cr             +IBERIABANK,    c/o Harris J. Koroglu,    200 S Biscayne Blvd,    Suite 4100,
                 Miami, FL 33131-2362
95741136       +BMW Financial Services Attn: Customer Accounting,    5550 Britton Parkway,
                 Hilliard, OH 43026-7456
95596817       +Cap1/basspro,    Po Box 30281,    Salt Lake City, UT 84130-0281
95596820       +Citi,    Po Box 6217,    Sioux Falls, SD 57117-6217
95688895        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
95596821       +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
95596822       +Cornerstone,    Pob Box 145122,    Salt Lake City, UT 84114-5122
95613485       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
95633333        Daimler Trust,    c/o Bk Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
95641838       +Enerbank USA,    1245 East Brickyard Road, Suite 600,    Salt Lake City, UT 84106-2562
95596825       +Iberia Bank,    c/o Todd M. Feldman, Esq.,    Shutts & Bowen LLP,    200 S Biscayne Blvd #4100,
                 Miami, FL 33131-2362
95643603       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
95596829       +Sabadell Ubk,    Pob 12440,    New Iberia, LA 70562-2440
95596830       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    4 Gatehall Dr,    Parsippany, NJ 07054)
95695611       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
95628228        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: OGCBankruptcy@floridarevenue.com Jul 03 2020 23:28:25
                 Florida Department of Revenue,    POB 6668,    Bankruptcy Division,
                 Tallahassee, FL  32314-6668
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 03 2020 23:36:12
                 BMW Financial Services NA, LLC, c/o AIS Portfolio,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
95596816        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 03 2020 23:36:17     Bmw Financial Services,
                 Po Box 3608,    Dublin, OH 43016
95596818       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2020 23:34:04     Cap1/neimn,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
95658280        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2020 23:34:05
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
95596819       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2020 23:36:06
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
95596823       +E-mail/Text: bbagley@enerbankusa.com Jul 03 2020 23:29:32     Enerbank Usa,    1245 E Brickyard,
                 Salt Lake City, UT 84106-2559
95596824       +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 03 2020 23:31:14     Esb/harley Davidson Cr,
                 3850 Arrowhead Drive,    Carson City, NV 89706-2016
95596826        E-mail/Text: ecfmailbox@iberiabank.com Jul 03 2020 23:31:00     Iberia Bank Direct,    Pob 12440,
                 New Iberia, LA 70562
95654962       +E-mail/Text: ecfmailbox@iberiabank.com Jul 03 2020 23:30:59     IBERIABANK,    PO BOX 52747,
                 LAFAYETTE, LA 70505-2749
95636931       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 03 2020 23:29:15     IRS,    PO Box 7346,
                 Philadelphia PA 19101-7346
95596827        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 03 2020 23:36:00     Jpmcb Card,
                 Po Box 15369,    Wilmington, DE 19850
95596828       +E-mail/Text: M74banko@daimler.com Jul 03 2020 23:31:25     Mercedes Benz Financia,
                 P.o. Box 961,    Roanoke, TX 76262-0961
95691512        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2020 23:35:13
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
95596831       +E-mail/PDF: DellBKNotifications@resurgent.com Jul 03 2020 23:35:21     Webbank/dfs,
                 Po Box 81607,    Austin, TX 78708-1607
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 113C-9                User: admin              Page 2 of 2                 Date Rcvd: Jul 03, 2020
                                    Form ID: CGFD65          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2020 at the address(es) listed below:
              Christian J. Olson, Esq.    on behalf of Debtor Ron  Vigdor ecf@nowackolson.com,
               mjnmyecfmail@gmail.com;olsoncr53443@notify.bestcase.com
              Gavin N Stewart    on behalf of Creditor    Financial Services Vehicle Trust
               bk@stewartlegalgroup.com
              Harris J. Koroglu    on behalf of Creditor    IBERIABANK hkoroglu@shutts.com,
               fsantelices@shutts.com;bvelapoldi@shutts.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner    ecf@ch13weiner.com,   ecf2@ch13weiner.com
                                                                                            TOTAL: 5
```

**CGFD65** (10/01/16)



**ORDERED in the Southern District of Florida on July 3, 2020**

_(signature)_

**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 20−12751−MAM**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ron Vigdor
3900 NE 6th Drive
Boca Raton, FL 33431

SSN: xxx−xx−4069

## ORDER DETERMINING DEBTOR'S COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor\* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

###

\* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.