

ORDERED in the Southern District of Florida on July 7, 2020.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

RON VIGDOR                                                                  CASE NO. 20-12751-MAM
                                                                                       CHAPTER 13

              Debtor.
_____/

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THIS CASE** came on for hearing on the consent calendar on July 1, 2020 at 1:00PM on the Motion for Relief from the Automatic Stay ("Motion") filed by Financial Services Vehicle Trust ("Movant") (Doc. No. 25). Based on the record, it is

    **ORDERED:**

    1.    The Motion (Doc. No. 25) is granted.

    2.    The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following property: 2018 BMW 7 Series Sedan 4D 740I; VIN: WBA7E2C56JG741973 ("collateral").

3. Movant has complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

###

**Submitted by:**
Gavin N. Stewart, Esquire
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com

Counsel for Movant is directed to serve a copy of this order to the parties listed below and file a Certificate of Service with the Court.

**Copies furnished to:**
**VIA FIRST-CLASS MAIL**
Ron Vigdor
3900 NE 6th Drive
Boca Raton, FL 33431

**VIA CM/ECF NOTICE**
Christian J. Olson, Esq.
8551 Sunrise Blvd.
Suite 208
Plantation, FL 33322

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130