**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:

RON VIGDOR                                                              CASE NO. 20-12751-MAM
                                                                                       CHAPTER 13

        Debtor.
_____/

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Order Granting Motion for Relief from the Automatic Stay (Doc. No. 38) was served via CM/ECF notice and first-class mail to the below this 8th day of July 2020.

                                                                                     */s/ Gavin N. Stewart*
                                                                                     Gavin N. Stewart, Esquire
                                                                                     Florida Bar Number 52899
                                                                                     P.O. Box 5703
                                                                                     Clearwater, FL 33758
                                                                                     P: (727) 565-2653
                                                                                     F: (727) 213-9022
                                                                                     E: bk@stewartlegalgroup.com
                                                                                     Counsel for Creditor

**VIA FIRST CLASS MAIL**
Ron Vigdor
3900 NE 6th Drive
Boca Raton, FL 33431

**VIA CM/ECF NOTICE**
Christian J. Olson, Esq.
8551 Sunrise Blvd. Suite 208
Plantation, FL 33322

Robin R. Weiner
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130