UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
Ron Vigdor                                                              Case No.: 20-12751-MAM
                                                                                    Chapter 13
            Debtor(s).
_____/

## NOTICE TO WITHDRAW DOCUMENT

COMES NOW, the Debtor(s), **Ron Vigdor**, by and through the undersigned counsel and WITHDRAWS the previously filed document:

DOCUMENT NAME: Objection to Claim of Internal Revenue Service
DOCUMENT NUMBER: 31

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice was served in the manner described below, on August 5, 2020, upon:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

Via CM/ECF: All parties of record

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd, Suite 208
Plantation, FL 33322
**(954) 349-2265**

/s/ Mitchell J. Nowack
**MITCHELL J. NOWACK, ESQ.**
Florida Bar Number: 099661

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436