```
                           United States Bankruptcy Court
                           Southern District of Florida
In re:                                                              Case No. 20-12751-MAM
Ron Vigdor                                                          Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-9          User: adaml                  Page 1 of 2           Date Rcvd: Sep 24, 2020
                              Form ID: CGFD26              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
db             #+Ron Vigdor,    3900 NE 6th Drive,    Boca Raton, FL 33431-6118
cr              +Financial Services Vehicle Trust,    P.O. Box 5703,    Clearwater, FL 33758-5703
cr              +IBERIABANK,    c/o Harris J. Koroglu,    200 S Biscayne Blvd,    Suite 4100,
                  Miami, FL 33131-2362
95741136        +BMW Financial Services Attn: Customer Accounting,     5550 Britton Parkway,
                  Hilliard, OH 43026-7456
95596817        +Cap1/basspro,    Po Box 30281,    Salt Lake City, UT 84130-0281
95596820        +Citi,    Po Box 6217,    Sioux Falls, SD 57117-6217
95688895         Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
95596821        +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
95596822        +Cornerstone,    Pob Box 145122,    Salt Lake City, UT 84114-5122
95613485       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                  PO Box 10390,    Greenville, SC 29603-0390)
95633333         Daimler Trust,    c/o Bk Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
95641838        +Enerbank USA,    1245 East Brickyard Road, Suite 600,    Salt Lake City, UT 84106-2562
95596825        +Iberia Bank,    c/o Todd M. Feldman, Esq.,    Shutts & Bowen LLP,    200 S Biscayne Blvd #4100,
                  Miami, FL 33131-2362
95643603        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
95596829        +Sabadell Ubk,    Pob 12440,    New Iberia, LA 70562-2440
95596830       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    4 Gatehall Dr,    Parsippany, NJ 07054)
95695611        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
95628228         Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: OGCBankruptcy@floridarevenue.com Sep 25 2020 02:49:36
                  Florida Department of Revenue,    POB 6668,    Bankruptcy Division,
                  Tallahassee, FL  32314-6668
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 25 2020 02:54:32
                  BMW Financial Services NA, LLC, c/o AIS Portfolio,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
95596816        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 25 2020 02:53:46      Bmw Financial Services,
                  Po Box 3608,    Dublin, OH 43016
95596818       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2020 02:53:42      Cap1/neimn,
                  Po Box 30253,    Salt Lake City, UT 84130-0253
95658280        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2020 02:54:28
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
95596819       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2020 02:53:42
                  Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
95596823       +E-mail/Text: bbagley@enerbankusa.com Sep 25 2020 02:50:30      Enerbank Usa,    1245 E Brickyard,
                  Salt Lake City, UT 84106-2559
95596824       +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 25 2020 02:51:24      Esb/harley Davidson Cr,
                  3850 Arrowhead Drive,    Carson City, NV 89706-2016
95596826        E-mail/Text: ecfmailbox@iberiabank.com Sep 25 2020 02:51:11      Iberia Bank Direct,    Pob 12440,
                  New Iberia, LA 70562
95654962       +E-mail/Text: ecfmailbox@iberiabank.com Sep 25 2020 02:51:11      IBERIABANK,    PO BOX 52747,
                  LAFAYETTE, LA 70505-2749
95636931       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 25 2020 02:50:21      IRS,    PO Box 7346,
                  Philadelphia PA 19101-7346
95596827        E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 25 2020 02:53:38      Jpmcb Card,
                  Po Box 15369,    Wilmington, DE 19850
95596828       +E-mail/Text: M74banko@daimler.com Sep 25 2020 02:51:31      Mercedes Benz Financia,
                  P.o. Box 961,    Roanoke, TX 76262-0961
95691512        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2020 02:53:01
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
95596831       +E-mail/PDF: DellBKNotifications@resurgent.com Sep 25 2020 02:53:06      Webbank/dfs,
                  Po Box 81607,    Austin, TX 78708-1607
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 113C-9                User: adaml                 Page 2 of 2                  Date Rcvd: Sep 24, 2020
                                    Form ID: CGFD26             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
              Christian J. Olson, Esq.   on behalf of Debtor Ron  Vigdor ecf@nowackolson.com,
               mjnmyecfmail@gmail.com;olsoncr53443@notify.bestcase.com
              Gavin N Stewart    on behalf of Creditor    Financial Services Vehicle Trust
               bk@stewartlegalgroup.com
              Harris J. Koroglu    on behalf of Creditor    IBERIABANK hkoroglu@shutts.com,
               LJohnson-Kennedy@shutts.com;bvelapoldi@shutts.com
              Mitchell J. Nowack, Esq.    on behalf of Debtor Ron  Vigdor ecf@nowackolson.com,
               mjnmyecfmail@gmail.com;tabitha@nowackolson.com;r53443@notify.bestcase.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner     ecf@ch13weiner.com,  ecf2@ch13weiner.com
                                                                                             TOTAL: 6
```

**CGFD26** (4/23/19)



**ORDERED in the Southern District of Florida on September 24, 2020**

**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 20−12751−MAM**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ron Vigdor
3900 NE 6th Drive
Boca Raton, FL 33431

SSN: xxx−xx−4069

### ORDER CONFIRMING CHAPTER 13 PLAN

This cause came before the court on 9/10/2020 for confirmation of the debtor's proposed Third Amended chapter 13 plan pursuant to Local Rule 3015−3(B)(2). Based on the record, including the debtor's "Certificate of Compliance and Request for Confirmation on Chapter 13 Plan", it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan (the "Plan") meets with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed in accordance with its terms.

2. Any claim entitled to priority under 11 U.S.C. § 507 shall be paid in full, in periodic installments, in the order of priority prescribed by the Bankruptcy Code over the period of the Plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

_____

[1] All references to "Debtor" shall include and refer to both Debtors in a case filed jointly by two individuals.

3. The debtor's first monthly payment to the Trustee under the Plan was required to commence not later than 30 days following February 28, 2020, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The Trustee shall begin disbursement to creditors pursuant to the Plan as soon as practicable upon entry of this order.

4. If the Plan does not provide for payments to a secured creditor, the Plan provides for surrender of the property secured by the secured creditor's claim or the Plan provides for direct payment of the secured creditor's claim outside of the Plan, such creditor is granted in rem stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim. The filing of a Motion to Modify a Plan does not operate as a stay of any action against property of the debtor which is not subject to the automatic stay absent further order of the court.

5. Any executory contract or unexpired lease of the debtor which has not been assumed pursuant to court order prior to entry of this order, or which is not assumed in the Plan confirmed by this order, is deemed rejected upon entry of this order.

6. If the confirmed plan in this case provides for payment to holder(s) of tax certificates on property of the debtor, the following provisions shall apply:

    A. To ensure that the records of the County Tax Collector credit amounts received by certificate holders, upon receipt of information pursuant to subparagraph B below, the Tax Collector is ordered to adjust the County tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the Chapter 13 Trustee to certificate holders under the confirmed plan.

    B. The Tax Collector shall be served with any order entered post–confirmation which (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the Tax Collector shall request a ledger from the Chapter 13 Trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the Chapter 13 Trustee's website.

    C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the Tax Collector is enjoined from accepting a redemption payment for any certificate which is included in the plan. This injunction will dissolve without further order of the Court if (a) one of the orders described in subparagraph B is entered; and (b) the County has complied with the requirements in subparagraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the Chapter 13 Trustee's ledger.

7. Pursuant to Local Rule 3070–1(C)(2), if the debtor fails to timely make any Plan payment to the Trustee, the Trustee may serve a "Notice of Delinquency" upon the debtor and the debtor's attorney. The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45–day period. If the debtor is seeking to cure the delinquency in a modified plan the debtor must file a motion to modify the confirmed plan within 14 days of the date of the "Notice of Delinquency". If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non–compliance and the case will be dismissed without further notice or hearing. The court will not extend these deadlines absent extraordinary circumstances.

8. To the extent the Plan sought a determination of valuation pursuant to Bankruptcy Rule 3012, and no objections were filed or any objections were resolved, the terms of the Plan will be binding upon the affected secured creditors, and any allowed proof of claim will be secured only to the extent of the value as provided for in the Plan and unsecured as to the balance of the claim.

9. Nonstandard provisions must be set forth in Paragraph VIII of the Plan being confirmed. Nonstandard provisions set forth elsewhere in the Plan are void.

The clerk shall serve a copy of this order on all parties of record.

# # #

*Page 3 of 3*