UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
Ron Vigdor

Case No.: 20-12751-MAM
Chapter 13

Debtor(s).
_____ /

### NOTICE OF CHANGE OF ADDRESS OF DEBTOR(S)

COMES NOW, the Debtor(s), **Ron Vigdor** , by and through the undersigned counsel and files this Notice of Change of Debtor(s)'s Mailing Address.
**the Debtor(s)'s New Mailing Address Is:**

      **Ron Vigdor**
      **5204 Lane Parke Court**
      **Mountain Brook, AL 35223**

The Debtor(s) hereby requests that all matters which must be noticed to the Debtor, whether sent by the Court or any other party in this case, be sent to the Debtor's new address and that the new address be added to the Court's Master Mailing Matrix.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by U.S. Mail or via CM/ECF to **Debtor, Trustee, and U.S. Trustee** on all parties of record on October 14, 2020 .

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd, Suite 208
Plantation, FL 33322
**(954) 349-2265**
/s/ Mitchell J. Nowack
**MITCHELL J. NOWACK, ESQ.**
Florida Bar Number: 099661
/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436