UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 20-12751-BKC-MAM
PROCEEDING UNDER CHAPTER 13

IN RE:

RON VIGDOR
XXX-XX-4069

_____DEBTOR_____/

### OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE OF COURT GENERATED HEARING

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 15 |
| **Claimant:** | U.S. Department of Education |
| **Reason:** | The Proof of Claim was filed after the Claims Bar Date. |
| **Disposition:** | Sustain Objection and disallow claim. |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed below this 20th day of January, 2021.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

OBJECTION TO CLAIM
CASE NO.: 20-12751-BKC-MAM

**COPIES FURNISHED TO:**

**DEBTOR**
RON VIGDOR
5204 LANE PARKE COURT
MOUNTAIN BROOK, AL  35223

**ATTORNEY FOR DEBTOR**
CHRISTIAN J. OLSON, ESQUIRE
C/O NOWACK & OLSON, PLLC
8551 SUNRISE BLVD, SUITE 208
PLANTATION, FL  33322

**CREDITOR**
U.S. Department of Education
c/o FedLoan Servicing
POB 790234
St. Louis, MO  63179

**ADDITIONAL CREDITORS**

ARIANA FAJARDO ORSHAN
US ATTY S.D. FL
500 E. BROWARD BLVD.
FORT LAUDERDALE, FL  33394

U.S. DEPARTMENT OF EDUCATION
C/O BETSY DEVOS, EDUCATION SECRETARY
400 MARYLAND AVE., SW
WASHINGTON, DC  20202

U.S. DEPARTMENT OF EDUCATION
ATTN: BENJAMIN G. GREENBERG, US ATTORNEY
99 NE 4TH STREET
MIAMI, FL  33132

US DEPARTMENT OF EDUCATION
C/O FEDLOAN SERVICING
POB 69184
HARRISBURG, PA  17106

WILLIAM BARR, US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC  20530