UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  20-12751-BKC-MAM
PROCEEDING UNDER CHAPTER 13

IN RE:

RON VIGDOR
XXX-XX-4069

DEBTOR_____/

## CERTIFICATE OF SERVICE ON NOTICE OF HEARING

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice Of Hearing noted above was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 20th day of January, 2021.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

CERTIFICATE OF SERVICE
CASE NO.: 20-12751-BKC-MAM

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
RON VIGDOR
5204 LANE PARKE COURT
MOUNTAIN BROOK, AL  35223

**ATTORNEY FOR DEBTOR**
CHRISTIAN J. OLSON, ESQUIRE
C/O NOWACK & OLSON, PLLC
8551 SUNRISE BLVD, SUITE 208
PLANTATION, FL  33322

**CREDITOR(S)**
ARIANA FAJARDO ORSHAN
US ATTY S.D. FL
500 E. BROWARD BLVD.
FORT LAUDERDALE, FL  33394

U.S. DEPARTMENT OF EDUCATION
ATTN: BENJAMIN G. GREENBERG, US ATTORNEY
99 NE 4TH STREET
MIAMI, FL  33132

U.S. DEPARTMENT OF EDUCATION
C/O BETSY DEVOS, EDUCATION SECRETARY
400 MARYLAND AVE., SW
WASHINGTON, DC  20202

U.S. DEPARTMENT OF EDUCATION
C/O FEDLOAN SERVICING
POB 790234
ST. LOUIS, MO  63179

US DEPARTMENT OF EDUCATION
C/O FEDLOAN SERVICING
POB 69184
HARRISBURG, PA  17106

WILLIAM BARR, US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC  20530