

**ORDERED in the Southern District of Florida on February 8, 2021.**

_____

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

**CASE NO.:  20-12751-BKC-MAM**
PROCEEDING UNDER CHAPTER 13

IN RE:

RON VIGDOR
XXX-XX-4069

DEBTOR_____/

## ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE** came to be heard on the February 4, 2021 Consent Calendar without opposition on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Objection to Claim of U.S. DEPARTMENT OF EDUCATION, and based on the record, it is

**ORDERED:**

1.  The Trustee's Objection is **SUSTAINED**.

2.  Court Claim number 15, filed by U.S. DEPARTMENT OF EDUCATION is stricken and disallowed.

### ###

ORDER SUSTAINING OBJECTION TO CLAIM
CASE NO.:  20-12751-BKC-MAM

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
RON VIGDOR
5204 LANE PARKE COURT
MOUNTAIN BROOK, AL  35223

**ATTORNEY FOR DEBTOR**
CHRISTIAN J. OLSON, ESQUIRE
C/O NOWACK & OLSON, PLLC
8551 SUNRISE BLVD, SUITE 208
PLANTATION, FL  33322

**CREDITOR**
U.S. DEPARTMENT OF EDUCATION
C/O FEDLOAN SERVICING
POB 790234
ST. LOUIS, MO  63179

**ADDITIONAL CREDITORS**
US DEPARTMENT OF EDUCATION
C/O FEDLOAN SERVICING
POB 69184
HARRISBURG, PA  17106

U.S. DEPARTMENT OF EDUCATION
ATTN: BENJAMIN G. GREENBERG, US ATTORNEY
99 NE 4TH STREET
MIAMI, FL  33132

WILLIAM BARR, US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC  20530

U.S. DEPARTMENT OF EDUCATION
C/O BETSY DEVOS, EDUCATION SECRETARY
400 MARYLAND AVE., SW
WASHINGTON, DC  20202

ORDER SUSTAINING OBJECTION TO CLAIM
CASE NO.:  20-12751-BKC-MAM

ARIANA FAJARDO ORSHAN
US ATTY S.D. FL
500 E. BROWARD BLVD.
FORT LAUDERDALE, FL  33394

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.