**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:

RON VIGDOR  CASE NO. 20-12751-MAM
 CHAPTER 13

        Debtor.
_____/

**ORDER GRANTING EX PARTE MOTION FOR ORDER
<u>CONFIRMING THE AUTOMATIC STAY IS NOT IN EFFECT</u>**

    **THIS CASE** came on for consideration on the Motion for Order Confirming the Automatic Stay is not in Effect ("Motion") filed by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Movant") (Doc. No. 55), pursuant to Local Rule 4001-1(C)(2)(b). The Court, having reviewed the Motion and being otherwise fully advised on the premises, finds it appropriate to grant the requested relief. It is

    **ORDERED:**

    1.    The Motion (Doc. No. 55) is granted.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is confirmed to be terminated as to Movant's interest in the following property: 2017 Lexus IS200; VIN: JTHBA1D24H5048525 ("collateral").

###

**Submitted by:**
Gavin N. Stewart, Esquire
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com

Counsel for Movant is directed to serve a copy of this order to the parties listed below and file a Certificate of Service with the Court.

**Copies furnished to:**
**VIA FIRST CLASS MAIL**
Ron Vigdor
5204 Lane Parke Court
Mountain Brook, AL 35223

**VIA CM/ECF NOTICE**
Mitchell J. Nowack, Esq.
Christian J. Olson, Esq.
8551 Sunrise Blvd.
Suite 208
Plantation, FL 33322

Robin R. Weiner
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130