**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

RON VIGDOR                                                      CASE NO. 20-12751-MAM
                                                                         CHAPTER 13

         Debtor.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Order Granting Ex Parte Motion for

Clarification of the Automatic Stay (Doc. No. 56) was served by CM/ECF notice the 1st day of

March 2021 and first class mail this 2nd day of March 2021.

> */s/Gavin N. Stewart*
> Gavin N. Stewart, Esquire
> Florida Bar Number 52899
> P.O. Box 5703
> Clearwater, FL 33758
> P: (727) 565-2653
> F: (727) 213-9022
> E:bk@stewartlegalgroup.com
> Counsel for Movant

**VIA FIRST CLASS MAIL**
Ron Vigdor
5204 Lane Parke Court
Mountain Brook, AL 35223

**VIA CM/ECF NOTICE**
Mitchell J. Nowack, Esq.
Christian J. Olson, Esq.
8551 Sunrise Blvd.
Suite 208
Plantation, FL 33322

Robin R. Weiner
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.

Suite 1204
Miami, FL 33130