UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 20-12751-BKC-MAM
PROCEEDING UNDER CHAPTER 13

IN RE:

RON VIGDOR
XXX-XX-4069

DEBTOR_____/

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM

**COMES NOW**, Robin R. Weiner, Esquire, Standing Chapter 13 Trustee, and files this Notice of Withdrawal of Trustee's Objection to Claim in the above-styled proceeding and states as follows:

1. The Trustee hereby withdraws her Objection to Court Claim Number 11.2 filed by Toyota Lease Trust.

**RESPECTFULLY SUBMITTED** this 8th day of April, 2021.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**COPIES FURNISHED TO:**

**DEBTOR**
RON VIGDOR
5204 LANE PARKE COURT
MOUNTAIN BROOK, AL  35223

**ATTORNEY FOR DEBTOR**
CHRISTIAN J. OLSON, ESQUIRE
C/O NOWACK & OLSON, PLLC
8551 SUNRISE BLVD, SUITE 208
PLANTATION, FL  33322

NOTICE OF WITHDRAWAL
CASE NO.: 20-12751-BKC-MAM

**CREDITOR**
TOYOTA LEASE TRUST
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA  19355

**ADDITIONAL CREDITORS**
CT CORPORATION SYSTEM
R.A. FOR TOYOTA MOTOR CREDIT CORPORATION
1200 S. PINE ISLAND ROAD
PLANTATION, FL  33324

MICHAEL GROFF, PRESIDENT
19001 S WESTERN AVENUE, EF-12
TOYOTA MOTOR CREDIT
TORRANCE, CA  90501