**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO.: 20-12751-BKC-MAM
PROCEEDING UNDER CHAPTER 13

IN RE:

RON VIGDOR
XXX-XX-4069

DEBTOR_____/

**CERTIFICATE OF SERVICE ON NOTICE OF HEARING**

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice Of Hearing noted above was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 8th day of April, 2021.

 

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

CERTIFICATE OF SERVICE<br>CASE NO.: 20-12751-BKC-MAM

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
RON VIGDOR
5204 LANE PARKE COURT
MOUNTAIN BROOK, AL  35223

**ATTORNEY FOR DEBTOR**
CHRISTIAN J. OLSON, ESQUIRE
C/O NOWACK & OLSON, PLLC
8551 SUNRISE BLVD, SUITE 208
PLANTATION, FL  33322

**CREDITOR(S)**
CT CORPORATION SYSTEM
R.A. FOR TOYOTA MOTOR CREDIT CORPORATION
1200 S. PINE ISLAND ROAD
PLANTATION, FL  33324

MICHAEL GROFF, PRESIDENT
19001 S WESTERN AVENUE, EF-12
TOYOTA MOTOR CREDIT
TORRANCE, CA  90501

TOYOTA LEASE TRUST
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA  19355