

**ORDERED in the Southern District of Florida on May 10, 2021.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**CASE NO.:  20-12751-BKC-MAM**
PROCEEDING UNDER CHAPTER 13

IN RE:

RON VIGDOR
XXX-XX-4069

DEBTOR_____/

### ORDER OVERRULING OBJECTION TO CLAIM

**THIS CAUSE** came to be heard on the May 6, 2021 Consent Calendar without opposition on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Objection to Claim of TOYOTA LEASE TRUST, and based on the record, it is

**ORDERED:**

1. The Trustee's Objection is **OVERRULED**.

2. Court Claim number 11.2, filed by TOYOTA LEASE TRUST shall be allowed.

ORDER OVERRULING OBJECTION TO CLAIM
CASE NO.: 20-12751-BKC-MAM

3. The Trustee shall not be required to recoup any funds disbursed to any creditors prior to the date of this Order. TOYOTA LEASE TRUST shall receive a pro rata distribution of the total amount paid to all allowed general unsecured creditors under the confirmed plan, commencing the month following the date of this Order and shall not be entitled to any share of any distribution paid to any creditor prior to the date of this Order.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
RON VIGDOR
5204 LANE PARKE COURT
MOUNTAIN BROOK, AL  35223

**ATTORNEY FOR DEBTOR**
CHRISTIAN J. OLSON, ESQUIRE
C/O NOWACK & OLSON, PLLC
8551 SUNRISE BLVD, SUITE 208
PLANTATION, FL  33322

**CREDITOR**
TOYOTA LEASE TRUST
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA  19355

**ADDITIONAL CREDITORS**
CT CORPORATION SYSTEM
R.A. FOR TOYOTA MOTOR CREDIT CORPORATION
1200 S. PINE ISLAND ROAD
PLANTATION, FL  33324

MICHAEL GROFF, PRESIDENT
19001 S WESTERN AVENUE, EF-12
TOYOTA MOTOR CREDIT
TORRANCE, CA  90501

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.