UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 20-12751-BKC-MAM
PROCEEDING UNDER CHAPTER 13

IN RE:

RON VIGDOR
XXX-XX-4069

DEBTOR_____/

**TRUSTEE'S MOTION TO DEVIATE FROM PLAN AND DEEM CLAIM WITHDRAWN
AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING**

Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced case ("Trustee"), hereby files the Trustee's Motion to Deviate From Plan ("Motion") and Deem Claim Withdrawn and Certificate of Service of Court Generated Notice of Hearing pursuant to 11 U.S.C. §§ 502 and 1329 and Federal Rules of Bankruptcy Procedure 2002 and 3007, and states:

1. The Debtor filed a voluntary Chapter 13 Petition on **February 28, 2020**.

2. The Debtor's Chapter 13 Plan was confirmed on **September 10, 2020**.

3. IberiaBank ("Creditor"), Account #6269, has filed a Proof of Claim, Court Claim #7 ("Claim"), but refuses to accept payments from the Trustee and the Debtor has not modified the Plan accordingly.

4. The Trustee requests permission to deviate from the Plan and disburse payments allocated to Creditor to pay administrative, secured, and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term.

5. The Trustee requests the Debtor be required to continue making payments under the Plan and not increase or decrease those payments unless further ordered by this Court.

**WHEREFORE** the Trustee respectfully requests this Honorable Court grant the Motion and enter an Order Deviating from the Plan, deeming the Claim withdrawn, allowing the Trustee to disburse payments allocated to Creditor to pay administrative, secured and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term, require the Debtor to continue making payments under the Plan until further order of this Court, and for such other and further relief as the Court deems just and proper.

MOTION TO DEVIATE
CASE NO.: 20-12751-BKC-MAM

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Deviate From Plan and Deem Claim Withdrawn and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed below this 16th day of June, 2022.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
RON VIGDOR
5204 LANE PARKE COURT
MOUNTAIN BROOK, AL 35223

**ATTORNEY FOR DEBTOR**
CHRISTIAN J. OLSON, ESQUIRE
C/O NOWACK & OLSON, PLLC
8551 SUNRISE BLVD, SUITE 208
PLANTATION, FL 33322

**CREDITOR**
IberiaBank
POB 52747
Lafayette, LA 70505

**ADDITIONAL CREDITORS**
Daryl G. Byrd, President
200 W. Congress Street, 12th Floor
Lafayette, LA 70501

CT Corporation System
Registered Agent for IberiaBank
1200 S. Pine Island Road
Plantation, FL 33324