

**ORDERED in the Southern District of Florida on July 6, 2022.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**CASE NO.:  20-12751-BKC-MAM**
PROCEEDING UNDER CHAPTER 13

IN RE:

RON VIGDOR
XXX-XX-4069

DEBTOR_____/

### ORDER GRANTING TRUSTEE'S MOTION TO DEVIATE FROM PLAN
### AND DEEM CLAIM WITHDRAWN (DE# 70)

**THIS CAUSE** came to be heard on the July 1, 2022 Consent Calendar without opposition on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Deviate from Plan and Deem Claim Withdrawn ("Motion"), and based on the record, it is

**ORDERED:**

1. The Trustee's Motion is **GRANTED**.

2. The Trustee is directed to disburse funds specified in the Motion allocated to IberiaBank ("Creditor") to pay administrative, secured, and priority creditors more quickly (if applicable) and to increase the amount paid to allowed general unsecured creditors by the balance due Creditor for the remainder of the Plan term.

ORDER GRANTING MOTION TO DEVIATE FROM PLAN
CASE NO.:  20-12751-BKC-MAM

3.  The Debtor shall continue making payments under the Plan until further Order of this Court, if applicable.

4.  The Proof of Claim filed by Creditor is deemed withdrawn

### 

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
RON VIGDOR
5204 LANE PARKE COURT
MOUNTAIN BROOK, AL  35223

**ATTORNEY FOR DEBTOR**
CHRISTIAN J. OLSON, ESQUIRE
C/O NOWACK & OLSON, PLLC
8551 SUNRISE BLVD, SUITE 208
PLANTATION, FL  33322

**CREDITOR**
IBERIABANK
POB 52747
LAFAYETTE, LA  70505

**ADDITIONAL CREDITORS**
DARYL G. BYRD, PRESIDENT
200 W. CONGREES STREET, 12TH FLOOR
LAFAYETTE, LA  70501

CT CORPORATION SYSTEM
REGISTERED AGENT FOR IBERIABANK
1200 S. PINE ISLAND ROAD
PLANTATION, FL  33324

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.