# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

CASE NO.: 20-12751-BKC-MAM
PROCEEDING UNDER CHAPTER 13

IN RE:

RON VIGDOR
XXX-XX-4069

DEBTOR_____/

## CERTIFICATE OF SERVICE

## ORDER GRANTING TRUSTEE'S MOTION TO DEVIATE FROM PLAN AND DEEM CLAIM WITHDRAWN DE# 73

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Pleading noted above was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 7th day of July, 2022.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

CERTIFICATE OF SERVICE
CASE NO.: 20-12751-BKC-MAM

## **SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
RON VIGDOR
5204 LANE PARKE COURT
MOUNTAIN BROOK, AL  35223

**ATTORNEY FOR DEBTOR**
CHRISTIAN J. OLSON, ESQUIRE
C/O NOWACK & OLSON, PLLC
8551 SUNRISE BLVD, SUITE 208
PLANTATION, FL  33322

**CREDITOR(S)**
CT CORPORATION SYSTEM
REGISTERED AGENT FOR IBERIABANK
1200 S. PINE ISLAND ROAD
PLANTATION, FL  33324

DARYL G. BYRD, PRESIDENT
200 W. CONGREES STREET, 12TH FLOOR
LAFAYETTE, LA  70501

IBERIABANK
POB 52747
LAFAYETTE, LA  70505